# United States Bankruptcy Court
## Southern District of Ohio

In re: **Donald Gene Winters / Hannah Marie Winters**, Debtor(s)

Case No.

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **October 9, 2018**

/s/ Donald Gene Winters
**Donald Gene Winters**
Signature of Debtor

Date: **October 9, 2018**

/s/ Hannah Marie Winters
**Hannah Marie Winters**
Signature of Debtor