# United States Bankruptcy Court
## Southern District of Ohio

In re    **Donald Gene Winters**
**Hannah Marie Winters**

Case No.    **3:18-bk-33116**

Debtor(s)

Chapter    **7**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 12, 2018</u>, a copy of <u>Chapter 7 Individual Debtors Statement of Intention</u> was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**OneMain Financial**
**OneMain Financial**
**P.O. Box 1010**
**Evansville IN 47706-0000**

**Orange Lake /Wilson Resort Finance**
**8505 W. Irlo Bronson**
**Kissimmee FL 34747-0000**

**The Huntington National Bank**
**P.O. Box 1558**
**Columbus OH 43216-0000**

**Wells Fargo Home Mortgage**
**P.O. Box 10335**
**Des Moines IA 50306-0000**

**/s/ D. Andrew Venters**
**D. Andrew Venters 0083246**
**Miller, Luring, Venters & Wesner Co., LPA**
**314 W. Main Street**
**Troy, OH 45373**
**937-339-2627Fax:937-339-5444**
**aventers@millerluring.com**